# EXHIBIT 1

JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@cwn-law.com
ELLEN E. McGLYNN, State Bar No. 270367
ellen.mcglynn@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Plaintiffs Dordellas Finance
Corp. and MSC Mediterranean Shipping
Company S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of DORDELLAS FINANCE CORP., Owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances, for Exoneration from or Limitation of Liability,<br><br>Plaintiffs, | Case No.<br><br>**DECLARATION OF ELLEN E. McGLYNN REGARDING VESSEL VALUE FOR PURPOSES OF LIMITATION OF LIABILITY**<br><br>IN ADMIRALTY |

I, Ellen E. McGlynn, declare as follows:

1. I am an attorney admitted to practice before this Court in California and a partner at the law firm, Collier Walsh Nakazawa LLP, counsel for Dordellas Finance Corporation and MSC Mediterranean Shipping Company S.A. in the above-entitled action. I am familiar with the facts stated below, and if called to testify would testify as follows:

2. In support of Dordellas Finance Corporation and MSC Mediterranean Shipping Company S.A. ("Plaintiffs") Complaint for Exoneration From, or Limitation of, Liability, I requested certificates of the value of the M/V MSC DANIT ("Vessel").

3. The MSC DANIT is a diesel powered container vessel with an approximate gross tonnage of 153,092, documented under the laws of the Republic of Panama, and bearing IMO number 9404649.

4. On behalf of Dordellas Finance Corp. and MSC Mediterranean Shipping Company S.A. as owners of the MSC DANIT, my firm retained and requested vessel valuations from Compass Maritime ("Compass") and Jacq Pierot Jr. & Sons Inc. ("Pierot") for purposes of determining the owners' interest in the vessel on or about February 4, 2021. Compass and Pierot are recognized experts in providing vessel valuations and have extensive experience in appraising vessels on behalf of vessel owners, buyers, banking institutions, investors, and lenders.

5. Compass has an extensive record of appraising vessels and shipping assets on behalf of ship-owners and operators, attorneys and financial institutions (including commercial lenders, equity investors, leasing companies, etc.). In addition to acting as brokers for the purchase and sale of ships and offshore vessels, Compass provides hundreds of ship valuations each year. Compass is one of ten worldwide panel members on the Baltic Exchange Sale & Purchase Assessment Panel (BSPA) and one of six panel members of the Baltic Exchange Demolition Assessment Panel (BDA). (Source: https://compassmar.com/Compass_Maritime_Ships_Valuations.html; See also, attached Valuation Credentials).

6. Pierot are recognized as one of the industry's leading appraisers of vessels, retained for such services by ship owners, foreign and domestic government agencies (including the Department of Transportation/Maritime Administration (MARAD), the Military Sealift Command/U.S. Navy (MSC)), domestic and foreign banks, leasing and insurance companies, and other institutions connected to the maritime industry. They have testified before admiralty and civil courts, both in the U.S. and abroad and are one of the four founding members (and the only non-European representative) of the International Ship Valuation Panel (ISVP). (Source: https://www.pierotshipping.com/valuations).

7. As reflected in their respective certificates, both Pierot and Compass considered the year the vessel was built, location where it was built, her type as a container vessel, size, Twenty-foot Equivalent Unit (TEU) capacity, condition and survey position at the time.

8. Considering the above factors, Pierot concluded that the vessel's value on February 4, 2021 was ninety million dollars ($90,000,000) and have provided a Valuation Certificate (attached hereto as Ex. A) in support of the valuation.

9. Considering the above factors, Compass concluded that the vessel's value on February 4, 2021 was sixty eight million dollars ($68,000,000) and have provided a Valuation Certificate (attached hereto as Ex. B) in support of the valuation.

10. Based on the above certificates issued by independent entities with expertise in adjudging the present and historic value of vessels, Plaintiffs posit that the average of the two professional opinions provides the reasonable value of the vessel at the end of the Voyage at seventy nine million dollars ($79,000,000).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 31, 2022, at New Orleans, Louisiana

                        /s/ Ellen E. McGlynn
                        Signature of Ellen E. McGlynn