UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 22-02153-DOC-JDE                                       Date: April 13, 2022

Title: IN THE MATTER OF THE COMPLAINT OF DORDELLAS FINANCE CORP. OWNER AND MSC MEDITERRANEAN SHIPPING COMPANY S.A., OWNER

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Dajanae Carrigan/Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER RE: SUPPLEMENTAL BRIEFING ON RELATED ADMIRALTY CASE**

On March 31, 2022, Dordellas Finance Corp. and MSC Mediterranean Shipping Co. S.A., owners of the motor vessel MSC Danit, filed this case, seeking exoneration and limitation of liability under admiralty jurisdiction. This case was transferred to this Court on April 6, 2022. The Court now ORDERS all parties in this case and the related case *Peter Moses Gutierrez et al. v. Amplify Energy Corp. et al.*, No. 8:21-cv-01628-DOC-JDE case to submit supplemental briefing addressing the following issues, and any others the parties wish to address:

1. Whether the *Dordellas* case should be consolidated into the *Gutierrez* case and/or treated as parallel proceedings;

2. Whether any claims, and in particular the Oil Pollution Act claims, should be stayed based on the admiralty claim;

3. What effect, if any, the stay would have on the non-Oil Pollution Act claims;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 22-02153-DOC-JDE                                                   Date: April 13, 2022
                                                                                                                Page 2

4. How should the Oil Pollution Act vs. non-Oil Pollution Act claims be defined;

5. If the cases are consolidated, whether admiralty or civil rules, and in particular the discovery processes already agreed upon, should govern the discovery process;

6. Whether the parties expect other parties and/or vessels to join in the admiralty action, and how those new parties will affect the current litigation and discovery procedures;

7. Any policy implications that may arise relating to these issues.

All parties shall file simultaneous briefing by 4:00 pm Pacific Time on April 29, 2022. All parties shall file responsive briefing by 4:00 pm Pacific Time on May 9, 2022. The Court sets a hearing on these issues for May 23, 2022 at 10:00 am Pacific Time. The Court will continue the hearing on the Motions to Dismiss to a later date.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: dca/kdu

MINUTES FORM 11
CIVIL-GEN