UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of DORDELLAS FINANCE CORP., Owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances, and<br><br>CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and its engines, tackle, apparel, and appurtenances,<br><br>Plaintiffs, | Case No. 2:22-cv-02153-DOC-JDE<br><br>**ORDER DIRECTING ISSUANCE OF MONITION AND INJUNCTION; ISSUING NOTICE; AND APPROVING AD INTERIM STIPULATION OF VALUE**<br><br>**[46 U.S.C. §§ 30501,** *et seq.***; and Federal Rules of Civil Procedure, Supplemental Rule F]**<br><br>IN ADMIRALTY |

WHEREAS, a Complaint was filed in this Court by Plaintiffs Dordellas Finance Corp., as Owner, and MSC Mediterranean Shipping Company S.A., as Owner *pro hac vice* of the vessel MSC DANIT, and by Plaintiff Capetanissa Maritime Corporation, as Owner of the vessel M/V BEIJING (collectively "Plaintiffs"), seeking exoneration from or in the alternative, limitation of liability pursuant to the Limitation of Liability Act of 1851, 46 U.S.C. §§ 30501 *et seq.*, for all losses, injuries, damages, and deaths resulting from, arising out of, or in connection with, an October 2, 2021 oil spill from a subsea pipeline off the coast of Huntington Beach, the MSC DANIT's voyage which began on December 31, 2020 and

concluded on or about February 4, 2021, and the BEIJING's voyage which began on or about January 6, 2021 and concluded on or about February 8, 2021 (the "Voyages"); and,

WHEREAS, Plaintiffs seek exoneration and, in the alternative, assert that claims may be filed against them for loss, injuries, damage, or death, and that said claims are subject to limitation in the Exoneration or Limitation Action now on file with this Court;

WHEREAS, on the issue of limitation, it appears from Plaintiffs' Complaint that the value of the MSC DANIT at the end of its Voyage, combined with its pending freight, did not exceed $91,862,084, and that the value of the BEIJING at the end of its Voyage, combined with its pending freight, did not exceed $38,537,200; and

WHEREAS an *Ad Interim* Stipulation of Value was executed and filed by the MSC DANIT Plaintiffs in the total amount of $91,862,084, and by the BEIJING Plaintiff in the total amount of $38,537,200, with interest at six percent (6%) per annum as security for the amount or value of the Plaintiffs' interest in the Vessels and pending freight, if any;

**IT IS HEREBY ORDERED** that the above-described *Ad Interim* Stipulation of Value deposited by the Plaintiffs with the Court for the benefit of claimants, as security for the amount or value of the Plaintiffs' interest in the Vessels, if any, is hereby approved;

**IT IS HEREBY ORDERED** that a notice and monition hereby issues out of, and under the seal of, this Court to and against all persons and entities claiming losses, damages, injuries, or death resulting or arising from the subject Voyage of the MSC DANIT, admonishing them to appear and file their respective claims and answers with the Clerk of this Court on or before November 7, 2022, and to make due proof of their respective claims in such manner as may hereinafter be directed by further order of this Court, with liberty to any claimants who have duly filed their claims to answer the Plaintiff's Complaint,

and to file such answer with the Clerk of this Court on or before the date specified above at:

> United States District Court, Central District of California
> 411 W. 4th St, Courtroom 10A
> Santa Ana, CA 92701

and serve on or mail a copy thereof to Plaintiffs' attorneys:

| | |
|---|---|
| COLLIER WALSH NAKAZAWA LLP<br>Joseph A. Walsh II and Ellen E. McGlynn<br>One World Trade Center, Suite 2370 Long Beach, California, 90831 | PEACOCK PIPER TONG + VOSS LLP<br>Albert E. Peacock III, Glen R. Piper, David A. Tong, Margaret Stando<br>100 W. Broadway, Suite 610<br>Long Beach, CA 90802 |

or be DEFAULTED AND FOREVER BARRED;

**IT IS HEREBY ORDERED** that the Plaintiffs shall give public notice of said monition pursuant to Federal Rules of Civil Procedure, Supplemental Rule F(4) for Certain Admiralty and Maritime Claims, by causing such notice to be published in a newspaper of general circulation in Orange County and Los Angeles County, California, once per week for four consecutive weeks through July 8, 2022. The form of the notice shall conform substantially with the Notice of Complaint for Exoneration or Limitation of Liability submitted by the Plaintiffs as Exhibit 1, as approved by this Court; and,

**IT IS FURTHER ORDERED** that not later than the date of the second publication of said notice, the Plaintiffs shall mail a copy of said notice to every person and entity known to have made any outstanding claim against the Plaintiffs or the Vessels arising from the subject Voyages; and,

**IT IS FURTHER ORDERED** that the institution or prosecution of any suit, action, or other legal or administrative proceeding of any nature in any venue (outside these proceedings) against the Plaintiffs or the Vessels, regarding any claim resulting from, arising out of, or in connection with the Voyages ARE HEREBY ENJOINED, STAYED, AND RESTRAINED; said injunction is to remain in effect until the determination of this action in this Court; and,

**IT IS FURTHER ORDERED** that service of this order as an Injunction shall

be made by delivering a certified copy hereof to the person or persons to be enjoined, or to their respective attorneys or representatives.

**SO ORDERED** this _____25th_____ day of __May_____, 2022, at Los Angeles, California.

_____
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE