# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. LA CV 22-02153-DOC-JDEDate:  September 12, 2022

Title: IN THE MATTER OF THE COMPLAINT OF DORDELLAS FINANCE CORP. OWNER AND MSC MEDITERRANEAN SHIPPING COMPANY.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):ORDER REQUESTING GOVERNMENT APPEARANCE**

The Federal Government is holding up the progress of this case. After meeting with the parties in the past hour, the Special Master Panel now informs the Court that according to certain parties, there are potentially over ten thousand claimants that could have been harmed by this oil spill.

The parties advised the Special Master Panel that the parties' rights to a fair trial would be significantly jeopardized unless the pipeline is made available for inspection.

The citizens of Southern California have not recovered their potential damages because trial is being delayed by the United States Government. The Government has caused this delay through its continuing failure to remove the affected pipeline, despite the fact that the oil spill occurred nearly a year ago.

Initially, it was represented to the Court that the only two divers who could carry out this task were in the Middle East. It was then represented to the Court that these

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. LA CV 22-02153-DOC-(JDEx)             Date: September 12, 2022  Page 2

divers would only become available in January 2023. The excuses have continued and have now resolved into silence.

       The Court **REQUESTS** representatives from the United States Army Corps of Engineers and the National Marine Fisheries Service to appear in court on October 3, 2022, at 10:00 am.

MINUTES FORM 11             Initials of Deputy Clerk: kdu

CIVIL-GEN