1  Wylie A. Aitken, Esq. (SBN 37770)
   wylie@aitkenlaw.com
2  **AITKEN♦AITKEN♦COHN**
   3 MacArthur Place, Suite 800
3  Santa Ana, CA 92808
   Telephone: (714) 434-1424
4  Facsimile: (714) 434-3600

5  Stephen G. Larson (SBN 145225)
   slarson@larsonllp.com
6  **LARSON LLP**
   555 Flower Street, Suite 4400
7  Los Angeles, CA 90071
   Telephone: (213) 436-4888
8  Facsimile: (213) 623-2000

9  Lexi J. Hazam (SBN 224457)         Christopher W. Keegan (SBN 232045)
   lhazam@lchb.com                     chris.keegan@kirkland.com
10 **LIEFF CABRASER HEIMAN**           **KIRKLAND & ELLIS LLP**
   **& BERNSTEIN, LLP**                555 California St., Suite 2900
11 275 Battery Street, 29th Floor      San Francisco, CA 94104
   San Francisco, CA 94111-3339        Tel: (415) 439-1400 / Fax: (415) 439-
12 Telephone: (415) 956-1000           1500
   Facsimile: (415) 956-100
13
   *Interim Co-Lead Counsel for Plaintiffs*   *Counsel for the Amplify Defendants*
14 *and the Proposed Class*

15

16 *[Additional Counsel appear on signature page]*

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19                    **SOUTHERN DIVISION**

20

21 PETER MOSES GUTIERREZ, Jr.,        CASE NO. SA 21-CV-1628-DOC-JDE
   et al., individually and on behalf of all   CASE NO. 2:22-cv-02153-DOC-JDE
22 others similarly situated,

23       Plaintiffs,                  **SEPTEMBER 15, 2022 STATUS REPORT**
      v.
24
   AMPLIFY ENERGY CORP.; BETA        Via JAMS Access Portal and CCA and
25 OPERATING COMPANY, LLC; and        CDA ECF Dockets
   SAN PEDRO BAY PIPELINE
26 COMPANY,

27       Defendants/Third-Party
28

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | MEDITERRANEAN SHIPPING COMPANY, S.A.; DORDELLAS FINANCE CORPORATION; MSC DANIT; ROES 1-5; COSTAMARE SHIPPING CO., S.A.; CAPETANISSA MARITIME CORPORATION; V.SHIPS GREECE LTD.; COSCO BEIJING; ROES 6-10; MARINE EXCHANGE OF LOS ANGELES-LONG BEACH HARBOR d/b/a MARINE EXCHANGE OF SOUTHERN CALIFORNIA; COSCO SHIPPING LINES CO. LTD.; COSCO (CAYMAN) MERCURY CO. LTD.; and MEDITERRANEAN SHIPPING COMPANY S.R.L., , |
| 13 | Defendants/Third-Party Defendants. |
| 15 | In the Matter of the Complaint of DORDELLAS FINANCE CORP., Owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances, and CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and its engines, tackle, apparel, and appurtenances. |
| 21 | Plaintiffs. |

The signatories below ("Parties") submit this bi-monthly status report. Pursuant to the Court's September 8, 2022 order, ECF No. 401, the Parties have submitted briefing to the Court and the Special Master Panel regarding various outstanding discovery, scheduling and notice issues. The Special Master Panel is holding a hearing on those issues tomorrow, September 16, 2022. For this update, the Parties refer to and incorporate their September 12 and September 14 filings.

DATED: September 15, 2022

Respectfully submitted,

*/s/ Christopher W. Keegan*
Christopher W. Keegan (SBN 232045)
*chris.keegan@kirkland.com*
KIRKLAND & ELLIS LLP
555 California St., Suite 2900
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Counsel for Amplify Defendants*

*/s/ Wylie A. Aitken*
Wylie A. Aitken (SBN 37770)
*wylie@aitkenlaw.com*
AITKEN♦AITKEN♦COHN
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Lexi J. Hazam (SBN 224457)
*lhazam@lchb.com*
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Stephen G. Larson, State Bar No. 145225
*slarson@larsonllp.com*
LARSON, LLP
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

*Interim Lead Co-Counsel for Plaintiffs*

```
                                    /s/ Conte C. Cicala
                                    CONTE C. CICALA (SBN 173554)
                                    conte.cicala@clydeco.us
                                    CLYDE & CO US LLP
                                    150 California Street, 15th Floor
                                    San Francisco, CA 94111
                                    Telephone: (415) 365-9800
                                    Facsimile: (415) 365-9801

                                    Counsel for Third-Party Defendant
                                    Marine Exchange of Los Angeles-Long Beach
                                    Harbor


                                    /s/ Joseph A. Walsh II
                                    Joseph A. Walsh II (SBN 143694)
                                    joe.walsh@cwn-law.com
                                    Ellen E. McGlynn (SBN 270367)
                                    ellen.mcglynn@cwn-law.com
                                    COLLIER WALSH NAKAZAWA LLP
                                    One World Trade Center, Suite 2370
                                    Long Beach, CA 90831
                                    Telephone: (562) 317-3300
                                    Facsimile: (562) 317-3399

                                    Counsel for Dordellas Parties


                                    /s/ Kevin J. Orsini
                                    Kevin J. Orsini (pro hac vice)
                                    korsini@cravath.com
                                    Omid H. Nasab (pro hac vice)
                                    onasab@cravath.com
                                    Damaris Hernandez (pro hac vice pending)
                                    dhernandez@cravath.com
                                    Michael P. Addis (pro hac vice)
                                    maddis@cravath.com
                                    CRAVATH, SWAINE & MOORE, LLP
                                    825 Eighth Avenue
                                    New York, NY 10019-7475
                                    Telephone: (212) 474-1000
                                    Facsimile: (212) 474-3700
```

Albert E. Peacock III  (SBN 134094)
*apeacock@peacockpiper.com*
Glen R. Piper (SBN 204023)
*gpiper@peacockpiper.com*
David A. Tong (SBN 238971)
*dtong@peacockpiper.com*
Margaret Stando (SBN 343038)
*mstando@peacockpiper.com*
PEACOCK PIPER TONG + VOSS LLP
100 W. Broadway, Suite 610
Long Beach, CA 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

*Counsel for BEIJING Parties*

*/s/ J. Clifton Hall III*
J. Clifton Hall III (*pro hac vice*)
Attorney-In-Charge
chall@hallmaineslugrin.com
Jeffrey T. Bentch (*pro hac vice*)
jbentch@hallmaineslugrin.com
Robert E. Freehill (*pro hac vice*)
rfreehill@hallmaineslugrin.com
**HALL MAINES LUGRIN, P.C.**
2800 Post Oak Blvd., Suite 6400
Houston, Texas 77056
Telephone: (713) 871-9000
Facsimile: (713) 871-8962

*Counsel for Claimants Markel International Insurance Company, Ltd., Ascot Underwriting Inc., and Certain Insurers at Lloyd's of London and London Company Markets Subscribing to Policy No. B0180ME2001399*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  September 15, 2022

*/s/ Christopher W. Keegan*
Christopher W. Keegan