Wylie A. Aitken, Esq. (SBN 37770)
wylie@aitkenlaw.com
**AITKEN♦AITKEN♦COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
**LARSON LLP**
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

*Interim Co-Lead Counsel for Plaintiffs
and the Proposed Class*

Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California St., Suite 2900
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500

*Counsel for the Amplify Defendants*

[Additional Counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, Jr.; CHANDRALEKHA WICKRAMASEKARAN and RAJASEKARAN WICKRAMASEKARAN, as Trustees of THE WICKRAMASEKARAN FAMILY TRUST established March 12, 1993; et al. individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMPLIFY ENERGY CORP.; BETA OPERATING COMPANY, LLC; and SAN PEDRO BAY PIPELINE COMPANY, | CASE NO. 8:21-cv-01628-DOC-JDE <br> CASE NO. 2:22-cv-02153-DOC-JDE <br><br> **AGENDA FOR OCTOBER 3, 2022 HEARING AND STATUS REPORT** <br><br> Via JAMS Access Portal and CCA and CDA ECF Dockets |

AGENDA FOR OCTOBER 3, 2022, HEARING AND STATUS REPORT

2463078.5

|  |  |
|---|---|
| | Defendants/Third-Party Plaintiffs, |
| | v. |
| | MEDITERRANEAN SHIPPING COMPANY, S.A.; DORDELLAS FINANCE CORPORATION; MSC DANIT; ROES 1-5; COSTAMARE SHIPPING CO., S.A.; CAPETANISSA MARITIME CORPORATION; V.SHIPS GREECE LTD.; COSCO BEIJING; ROES 6-10; MARINE EXCHANGE OF LOS ANGELES-LONG BEACH HARBOR d/b/a MARINE EXCHANGE OF SOUTHERN CALIFORNIA; COSCO SHIPPING LINES CO. LTD.; COSCO (CAYMAN) MERCURY CO. LTD.; and MEDITERRANEAN SHIPPING COMPANY S.R.L., |
| | Defendants/Third-Party Defendants. |
| | In the Matter of the Complaint of DORDELLAS FINANCE CORP., Owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances, and CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and its engines, tackle, apparel, and appurtenances. |
| | Plaintiffs. |

The signatories below ("Parties") submit this agenda for the October 3, 2022, hearing with the Special Master Panel ("SMP"), as well as the Parties' bi-monthly status report.

### I. SUPPLEMENTAL NOTICE IN LIMITATION ACTION

Pursuant to the Court's September 7, 2022, order directing that supplemental notice be given in the Limitation Action (22-cv-02153, ECF No. 113), the Class

Plaintiffs and Limitation Plaintiffs (Capetanissa Maritime Corporation and Dordellas Finance Corp. and MSC Mediterranean Shipping Company S.A.) submitted competing supplemental notice proposals and briefing on September 12, 2022 and response briefs on September 14, 2022. On September 16, 2022, the SMP held a hearing and requested additional briefing. After further meet and confer in attempt to narrow the disputes between the competing supplemental notices, Class Plaintiffs and the Limitation Plaintiffs submitted additional briefing to the SMP on September 21, 2022, and response briefs on September 23, 2022.

The Class Plaintiffs and Limitation Plaintiffs will be prepared to discuss these disputes with the SMP at the October 3, 2022, hearing.

## II. SCHEDULES

On September 12, 2022, the Parties submitted to the SMP for consideration competing schedules and briefing related to the Limitation Action liability trial. On September 14, 2022, the Parties submitted responsive briefs. Class Plaintiffs and Amplify agree that the liability trial in the Limitation Action can begin in late February 2023. The Beijing and Dordellas Parties agree that the liability trial can begin in late April 2023. The Marine Exchange's position favors the later of these two options.

Further, on September 16, 2022, the Parties submitted to the SMP an agreed schedule for briefing dispositive motions filed in response to Class Plaintiffs' and Amplify's amended complaints in the *Gutierrez* matter.

## III. DISCOVERY DISPUTES

On September 12 and September 14, 2022, the Parties submitted briefing on various discovery disputes. Following the September 16, 2022, SMP hearing, on September 21 and 23, 2022, Amplify, the Beijing Parties, and the Dordellas Parties

submitted additional briefing on discovery disputes.[1] The Parties outline the outstanding discovery disputes argued in the Parties' prior briefing for the SMP's attention below:[2]

**A. Amplify's discovery disputes against the Beijing Parties.**

    1. Litigation holds and ESI preservation.

    2. ESI collection and review from custodians' personal devices.

    3. Documents (e.g., emails, records, witness declarations) received from or produced to federal and state authorities.

    4. Presentations, white papers or other documents prepared by one or more Beijing entities for federal and/or state authorities relating to the Beijing entities' culpability for the anchor drag incident and oil spill.

    5. Communications with federal and state authorities regarding the Beijing entities' culpability for the anchor drag incident and oil spill, including negotiations and draft documents concerning any plea or resolution of an investigation.

    6. Any post-anchor drag or post-spill analysis or investigative report(s), as well as documentation and data used in such analysis, including if those analyses or investigations are ongoing.

**B. Amplify's discovery disputes against the Dordellas Parties.**

    1. Litigation holds and ESI preservation.

    2. ESI collection and review from custodians' personal devices.

---

[1] On September 12, 2022, Class Plaintiffs and Amplify jointly raised with the SMP the following discovery disputes they have with the Beijing and Dordellas parties: (1) the pace of the Beijing and Dordellas parties document production; (2) litigation hold and preservation; (3) collection and search of personal and work cell phones of custodians; (4) collection of the *Danit*'s satellite email system or other documents and data aboard the *Danit*. Following the September 16, 2022, SMP hearing, Class Plaintiffs did not submit additional briefing on these discovery disputes, but join Amplify's requests regarding the outstanding disputes against the Beijing and Dordellas Parties.

[2] The Dordellas Parties object to Class Plaintiffs' attempts to assert discovery disputes, *see* FN1, as they did not submit any briefing on any discovery dispute, as requested by the SMP.

    3.     Crewmember custodians.

    4.     Documents (e.g., emails, records, witness declarations) received from or produced to federal and state authorities.

    5.     Presentations, white papers or other documents prepared by one or more Dordellas entities for federal and/or state authorities relating to the Dordellas entities' culpability for the anchor drag incident and oil spill.

    6.     Communications with federal and state authorities regarding the Dordellas entities' culpability for the anchor drag incident and oil spill, including negotiations and draft documents concerning any plea or resolution of an investigation.

    7.     Any post-anchor drag or post-spill analysis or investigative report(s), as well as documentation and data used in such analysis, including if those analyses or investigations are ongoing.

**C.     Beijing and Dordellas Parties' disputes against the Amplify.**

    1.     Additional search terms and custodians.

    2.     2022 documents.

    3.     Documents (e.g., emails, records, witness declarations) received from or produced to federal and state authorities.

    4.     Presentations, white papers or other documents prepared by Amplify for federal and/or state authorities relating to Amplify's culpability for the oil spill.

    5.     Communications with federal and state authorities regarding Amplify's culpability for the oil spill, including negotiations and draft documents concerning Amplify's guilty plea.

**IV.     Other Discovery Issues.**

The parties may wish to discuss the Dordellas entities' search for a corporate structure chart.

*    *    *

The Parties will be prepared to discuss the above agenda on October 3, 2022.

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | | |
| 3 | **DATED**: September 30, 2022 | */s/ Christopher W. Keegan* |
| 4 | | Christopher W. Keegan (SBN 232045) |
| | | chris.keegan@kirkland.com |
| 5 | | **KIRKLAND & ELLIS LLP** |
| 6 | | 555 California St., Suite 2900 |
| | | San Francisco, CA 94104 |
| 7 | | Telephone: (415) 439-1400 |
| 8 | | Facsimile: (415) 439-1500 |

Respectfully submitted,

DATED: September 30, 2022

*/s/ Christopher W. Keegan*

Christopher W. Keegan (SBN 232045)
chris.keegan@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California St., Suite 2900
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Mark Holscher (SBN 139582)
mark.holscher@kirkland.com
**KIRKLAND & ELLIS LLP**
555 South Flower St., Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Daniel T. Donovan (admitted *pro hac vice*)
ddonovan@kirkland.com
Matthew Owen (admitted *pro hac vice*)
matt.owen@kirkland.com
Holly Trogdon (admitted *pro hac vice*)
holly.trogdon@kirkland.com
McClain Thompson (admitted *pro hac vice*)
mcclain.thompson@kirkland.com
Ross Powell (admitted *pro hac vice*)
ross.powell@kirkland.com
Kate Epstein (Admitted *pro hac vice*)
kate.epstein@kirkland.com
Meredith Pohl (admitted *pro hac vice*)
Meredith.pohl@kirkland.com
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

2463078.5

| | |
|---|---|
| 1 | Telephone: (202) 389-5000 |
| 2 | Facsimile: (202) 389-5200 |

Anna Rotman (admitted *pro hac vice*)
anna.rotman@kirkland.com
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601

*Counsel for Defendants and Third-Party Plaintiffs Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company*

**DATED**: September 30, 2022

*/s/ Wylie A. Aitken*
_____
Wylie A. Aitken (SBN 37770)
wylie@aitkenlaw.com
**AITKEN♦AITKEN♦COHN**
3 MacArthur Place, Suite 800
Santa Ana, CA 92808
Telephone: (714) 434-1424
Facsimile: (714) 434-3600

Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
**LARSON, LLP**
555 Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

2463078.5

*Interim Lead Co-Counsel for Plaintiffs*

**DATED**: September 30, 2022

*/s/ Conte C. Cicala*

Conte C. Cicala (SBN 173554)
conte.cicala@clydeco.us
**CLYDE & CO US LLP**
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

*Counsel for Third-Party Defendant Marine Exchange of Los Angeles-Long Beach Harbor*

**DATED**: September 30, 2022

*/s/ Joseph A. Walsh*

Joseph A. Walsh (SBN 143694)
joe.walsh@cwn-law.com
Ellen E. McGlynn, SBN 270367
ellen.mcglynn@cwn-law.com
**COLLIER WALSH NAKAZAWA LLP**
One World Trade Center, Suite 2370
Long Beach, CA 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Jonathan W. Hughes (SBN 186829)
Jonathan.hughes@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111
Telephone: (415) 471-3156
Facsimile: (415) 471-3400

*Counsel for Third-Party Defendants Dordellas Finance Corporation, MSC Mediterranean Shipping Company S.A., Mediterranean Shipping Company S.r.L., and the MSC Danit*

2463078.5

| | |
|---|---|
| **DATED**: September 30, 2022 | */s/ Kevin J. Orsini* |
| | Kevin J. Orsini (admitted *pro hac vice*) |
| | korsini@cravath.com |
| | Omid H. Nasab (admitted *pro hac vice*) |
| | onasab@cravath.com |
| | Damaris Hernandez (admitted *pro hac vice*) |
| | dhernandez@cravath.com |
| | Michael P. Addis (admitted *pro hac vice*) |
| | maddis@cravath.com |
| | **CRAVATH, SWAINE & MOORE LLP** |
| | 825 Eighth Avenue |
| | New York, NY 10019 |
| | Telephone: (212) 474-1000 |
| | Facsimile: (212) 474-3700 |
| | |
| | Albert E. Peacock III (SBN 134094) |
| | apeacock@peacockpiper.com |
| | Glen R. Piper (SBN 204023) |
| | gpiper@peacockpiper.com |
| | David A. Tong (SBN 238971) |
| | dtong@peacockpiper.com |
| | Margaret Stando (SBN 343038) |
| | mstando@peacockpiper.com |
| | **PEACOCK PIPER TONG + VOSS LLP** |
| | 100 W. Broadway, Suite 610 |
| | Long Beach, CA 90802 |
| | Telephone: (562) 320-8880 |
| | Facsimile: (562) 735-3950 |
| | |
| | *Counsel for Third-Party Defendants Costamare Shipping Co., S.A., Capetanissa Maritime Corporation, V.Ships Greece, Ltd., and the M/V Beijing* |

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Lexi J. Hazam*
Lexi J. Hazam