JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@cwn-law.com
ELLEN E. McGLYNN, State Bar No. 270367
ellen.mcglynn@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

JONATHAN W. HUGHES, State Bar No. 186829
jonathan.hughes@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111
Telephone: (415) 471-3156
Facsimile: (415) 471-3400

*Attorneys for Dordellas Finance Corp., MSC Mediterranean Shipping Co. SA, Mediterranean Shipping Co. S.r.l., MSC Shipmanagement Ltd., and MSC DANIT*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of DORDELLAS FINANCE CORP., owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances,<br><br>and<br><br>CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and her engines, tackle, apparel, and appurtenances. | Case No. 2:22-cv-02153-DOC-JDE<br><br>Case No. 8:21-cv-01628-DOC-JDE<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. David O. Carter |

1   The signatories below submit this Notice of Settlement:

2   On April 10, 2023, Subrogated Insurers and Dordellas Parties and BEIJING Parties (collectively, "Vessels") participated in a mediation with retired U.S. District Court Judge Layn Phillips and Niki Mendoza, of Phillips ADR Enterprises, which resulted in a binding settlement. The parties to that agreement are now working to finalize the written settlement agreement and have agreed that any disputes about language in the final written settlement agreement will be resolved by Judge Phillips. The parties will submit a list of the pending motions that can be withdrawn as a result of the settlement to the Court by tomorrow, April 13.

**DATED**: April 12, 2023

 /s/ Jonathan W. Hughes
JONATHAN W. HUGHES (SBN 186829)
jonathan.hughes@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111
Telephone: (415) 471-3156
Facsimile: (415) 471-3400

Joseph A. Walsh II (SBN 143694)
joe.walsh@cwn-law.com
Ellen E. McGlynn (SBN 270367)
ellen.mcglynn@cwn-law.com
**COLLIER WALSH NAKAZAWA LLP**
One World Trade Center, Suite 2370
Long Beach, CA 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

*Counsel for Dordellas Parties*

|   |   |
|---|---|
| 1 | /s/ Kevin J. Orsini |
| 2 | Kevin J. Orsini (admitted *pro hac vice*) |
|   | korsini@cravath.com |
| 3 | Omid H. Nasab (admitted *pro hac vice*) |
|   | onasab@cravath.com |
| 4 | Damaris Hernández (admitted *pro hac vice*) |
| 5 | dhernández@cravath.com |
|   | Michael P. Addis (admitted *pro hac vice*) |
| 6 | maddis@cravath.com |
| 7 | Brittany L. Sukiennik (admitted *pro hac vice)* |
|   | bsukiennik@cravath.com |
| 8 | **CRAVATH, SWAINE & MOORE LLP** |
| 9 | 825 Eighth Avenue |
|   | New York, NY 10019 |
| 10 | Telephone: (212) 474-1000 |
| 11 | Facsimile: (212) 474-3700 |

Albert E. Peacock III (SBN 134094)
apeacock@peacockpiper.com
Glen R. Piper (SBN 204023)
gpiper@peacockpiper.com
David A. Tong (SBN 238971)
dtong@peacockpiper.com
Margaret Stando (SBN 343038)
mstando@peacockpiper.com
**PEACOCK PIPER TONG + VOSS LLP**
100 W. Broadway, Suite 610
Long Beach, CA 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

*Counsel for Capetanissa Maritime Corporation, Costamare Shipping Co., S.A., V.Ships Greece Ltd., and the M/V BEIJING*

| | |
|---|---|
| 1 | /s/ J. Clifton Hall III |
| 2 | J. Clifton Hall III (*pro hac vice*) |
| | Attorney-In-Charge |
| 3 | chall@hallmaineslugrin.com |
| | Jeffrey T. Bentch (*pro hac vice*) |
| 4 | jbentch@hallmaineslugrin.com |
| 5 | Robert E. Freehill (*pro hac vice*) |
| | rfreehill@hallmaineslugrin.com |
| 6 | **HALL MAINES LUGRIN, P.C.** |
| | 2800 Post Oak Blvd., Suite 6400 |
| 7 | Houston, Texas 77056 |
| | Telephone: (713) 871-9000 |
| 8 | Facsimile: (713) 871-8962 |
| 9 | |
| 10 | Mitchell J. Popham |
| | William C. Mullen |
| | David R. Rutan |
| 11 | **LOCKE LORD LLP** |
| 12 | |
| 13 | Patrick J. McShane (*pro hac vice*) |
| | pmcshane@frilot.com |
| 14 | Joseph Dwight LeBlanc III (*pro hac vice*) |
| | dleblanc@frilot.com |
| 15 | Timothy Patrick O'Leary (*pro hac vice*) |
| | poleary@frilot.com |
| 16 | Danica B. Denny (*pro hac vice*) |
| | ddeny@frilot.com |
| 17 | **FRILOT, L.L.C.** |
| 18 | 1100 Poydras Street, Suite 3700 |
| | New Orleans, Louisiana 70163 |
| 19 | Telephone: (504) 599-8000 |
| | Facsimile: (504) 599-8100 |
| 20 | |
| 21 | *Counsel for Claimants Markel International Insurance Company, Ltd., Ascot Underwriting Inc., and Certain Insurers at Lloyd's of London and London Company Markets Subscribing to Policy No. B0180ME2001399* |

3
NOTICE OF SETTLEMENT