JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PETER MOSES GUTIERREZ, JR., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AMPLIFY ENERGY CORPORATION, et al., <br><br> Defendants/Third-Party Plaintiffs. | Case No. 8:21-cv-01628-DOC-JDE <br> Case No. 2:22-cv-02153-DOC-JDE <br><br> Judge: Hon. David O. Carter <br><br> **Stipulated Order** |
| In the Matter of the Complaint of DORDELLAS FINANCE CORP., owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances, <br><br> and <br><br> CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and her engines, tackle, apparel, and appurtenances. | |

The parties submit the following stipulated proposed order to the Court in the Limitation Action and the *Gutierrez* Action.

Whereas:

1. The Vessel Defendants[1] have entered into binding settlements with Amplify[2], the Subrogated Insurers[3], and DCOR L.L.C. and Channel Islands Capital, L.L.C. ("DCOR"). These are binding agreements that will not require Court approval and will release all claims asserted by Amplify, the Subrogated Insurers, and DCOR against the Vessel Defendants, the Marine Exchange of Southern California ("Marine Exchange") and COSCO Shipping Lines, Co. LTD ("COSCO").

2. Amplify has previously entered into a proposed settlement with the Class Plaintiffs that is scheduled for a final approval hearing on April 24, 2023. (Dkt. Nos. 664, 665, 666, and 678.)

3. The Class Plaintiffs intend to file a motion for preliminary approval of their proposed settlement with the Vessel Defendants this week. That settlement, if approved, will resolve all of the claims the Class Plaintiffs have asserted or could assert in both the Limitation Action

---

[1] The Vessel Defendants are Capetanissa Maritime Corporation, Costamare Shipping Co., S.A., V.Ships Greece Ltd., and the M/V BEIJING (the "Beijing Defendants") and Dordellas Finance Corp., MSC Mediterranean Shipping Company SA, Mediterranean Shipping Co. S.r.l., MSC Shipmanagement Ltd. and the M/V MSC DANIT (the "Dordellas Defendants").

[2] Amplify refers to Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company.

[3] The Subrogated Insurers are Markel International Insurance Company, Ltd., Ascot Underwriting Inc., and Certain Insurers at Lloyd's of London and London Company Markets Subscribing to Policy No. B0180ME2001399.

and the *Gutierrez* Action against the Vessel Defendants, Marine Exchange and COSCO.

4. Upon finalization of the Vessel Defendants' settlements with DCOR and the Subrogated Insurers, and the Court's approval of the proposed class settlement between the Vessel Defendants and Class Plaintiffs, the Marine Exchange and COSCO will dismiss any claims they have asserted in the Limitation Action against the Vessel Defendants as well as any claims that Marine Exchange has asserted in *Gutierrez*.

5. The Limitation Plaintiffs have agreed not to pursue any claims in the Limitation Action that they have asserted against one another, either as claims or as defenses.

6. Based on the above, settlements have been reached with all claimants that would potentially participate in the April 24 Limitation Action trial. To date, other than the undersigned parties, approximately 400 other claimants have submitted claims in the Limitation Action but have not filed answers in the Limitation Action or otherwise participated in the Limitation Action in any fashion. Most of these claimants are understood to fall in the definition of the proposed classes of claims that have been settled (subject to Court approval) pursuant to the Vessel Defendants' and Amplify's settlements with the Class Plaintiffs and will receive compensation and release their claims pursuant to those settlements, unless they choose to opt out. The Limitation Plaintiffs assert that since none of these claimants has submitted an answer in the Limitation Action, they lack standing to oppose exoneration or limitation pursuant to Supplemental Rule F(5) of the Supplemental Admiralty Rules to the Federal Rules of Civil Procedure. Further,

no such claimants have participated in any pre-trial proceedings or have otherwise indicated they are prepared to proceed with trial on April 24.

7. All undersigned parties have confirmed that they have no objections to any of the fees that have been billed or are expected to be billed by the Special Masters. The parties will confer on a proposed re-allocation of those fees amongst themselves and advise the Court of the agreed upon re-allocation or any disputes by Friday, April 21. All Special Master fees that are invoiced by April 28, 2023 shall be paid no later than May 28, 2023.

In light of the foregoing, the undersigned parties jointly stipulate to and request the Court to so-order the following.

1. In light of the settlements of the claims of all parties that filed answers in the Limitation Action, the Limitation Action trial scheduled for April 24, 2023 and all associated hearings are hereby vacated.

2. The Limitation Action is stayed pending the Court's consideration of the settlement between the Class Plaintiffs and the Vessel Defendants.

3. Counsel for Amplify and the Class Plaintiffs are required to attend the April 24 hearing to consider final approval of the Class Plaintiffs settlement with Amplify; counsel for the Vessel Defendants, Marine Exchange, COSCO, DCOR and the Subrogated Insurers are not required to attend the final approval hearing scheduled for April 24.

4. In light of the proposed settlement between the Class Plaintiffs and the Vessel Defendants, the parties request that the following

motions be stayed pending Final Approval of the proposed Class Settlement, after which they will be withdrawn as moot:

    a. <u>Limitation Action</u>:  Dkt. Nos. 30, 33, 47, and 48.

    b. <u>*Gutierrez:*</u>  Dkt. Nos. 467, 469, and 470.

5. All other motions in the Limitation Action and the *Gutierrez* Action are hereby withdrawn as moot by the parties and no further action on those motions is required.  These motions are:

    a. <u>Limitation Action</u>:  Dkt. Nos. 210, 212, 260-268, 269-272, 280, 281, 285, 310-311, 313-315, 317, 320, 324, 327, 331, 341-342, 350, 360, and 377.

    b. <u>*Guiterrez*</u>:  Dkt. Nos. 228-229, 310, 317, 386, 453-55, 464-465, 492-497, 513, 514, 541, 711, and 716.

**IT IS SO ORDERED.**

Dated: April 17, 2023

*/s/ David O. Carter*
_____
Hon. David O. Carter
United States District Judge

Stipulated and agreed to:

**DATED**: April 17, 2023

   /s/ Jonathan W. Hughes
JONATHAN W. HUGHES (SBN 186829)
jonathan.hughes@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111
Telephone: (415) 471-3156
Facsimile: (415) 471-3400

Joseph A. Walsh II (SBN 143694)
joe.walsh@cwn-law.com
Ellen E. McGlynn (SBN 270367)
ellen.mcglynn@cwn-law.com
**COLLIER WALSH NAKAZAWA LLP**
One World Trade Center, Suite 2370
Long Beach, CA 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

*Counsel for Dordellas Parties*

|   |   |
|---|---|
| 1 | /s/ Philip R. Lempriere |
| 2 | Philip R. Lempriere (SBN 143613) |
| 3 | *plempriere@schwabe.com* |
|   | **SCHWABE, WILLIAMSON & WYATT, P.C.** |
| 4 | 1420 5th Avenue, Suite 3400 |
| 5 | Seattle, WA  98101 |
|   | Telephone: (206) 622-1711 |
| 6 | Facsimile: (206) 292-0460 |
| 7 |   |
|   | *Counsel for Third-Party Defendant COSCO Shipping Lines Co., Ltd.* |

/s/ Kevin J. Orsini
Kevin J. Orsini (admitted *pro hac vice*)
korsini@cravath.com
Omid H. Nasab (admitted *pro hac vice*)
onasab@cravath.com
Damaris Hernández (admitted *pro hac vice*)
dhernández@cravath.com
Michael P. Addis (admitted *pro hac vice*)
maddis@cravath.com
Brittany L. Sukiennik (admitted *pro hac vice)*
bsukiennik@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Albert E. Peacock III (SBN 134094)
apeacock@peacockpiper.com
Glen R. Piper (SBN 204023)
gpiper@peacockpiper.com
David A. Tong (SBN 238971)
dtong@peacockpiper.com
Margaret Stando (SBN 343038)
mstando@peacockpiper.com
**PEACOCK PIPER TONG + VOSS LLP**
100 W. Broadway, Suite 610
Long Beach, CA 90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

*Counsel for Capetanissa Maritime Corporation, Costamare Shipping Co., S.A., V.Ships Greece Ltd., and the M/V BEIJING*

|  |  |
|---|---|
| 1 | /s/ Jeffrey T. Bentch |
| 2 | J. Clifton Hall III (*pro hac vice*) |
|   | Attorney-In-Charge |
| 3 | chall@hallmaineslugrin.com |
|   | Jeffrey T. Bentch (*pro hac vice*) |
| 4 | jbentch@hallmaineslugrin.com |
| 5 | Robert E. Freehill (*pro hac vice*) |
|   | rfreehill@hallmaineslugrin.com |
| 6 | **HALL MAINES LUGRIN, P.C.** |
|   | 2800 Post Oak Blvd., Suite 6400 |
| 7 | Houston, Texas 77056 |
|   | Telephone: (713) 871-9000 |
| 8 | Facsimile: (713) 871-8962 |
| 9 |  |
|   | Mitchell J. Popham |
| 10 | William C. Mullen |
|   | David R. Rutan |
| 11 | **LOCKE LORD LLP** |
| 12 |  |
|   | Patrick J. McShane (*pro hac vice*) |
| 13 | pmcshane@frilot.com |
|   | Joseph Dwight LeBlanc III (*pro hac vice*) |
| 14 | dleblanc@frilot.com |
|   | Timothy Patrick O'Leary (*pro hac vice*) |
| 15 | poleary@frilot.com |
|   | Danica B. Denny (*pro hac vice*) |
| 16 | ddeny@frilot.com |
| 17 | **FRILOT, L.L.C.** |
|   | 1100 Poydras Street, Suite 3700 |
| 18 | New Orleans, Louisiana 70163 |
|   | Telephone: (504) 599-8000 |
| 19 | Facsimile: (504) 599-8100 |
| 20 |  |
|   | *Counsel for Claimants Markel International* |
| 21 | *Insurance Company, Ltd., Ascot* |
|   | *Underwriting Inc., and Certain Insurers at* |
| 22 | *Lloyd's of London and London Company* |
|   | *Markets Subscribing to Policy No.* |
| 23 | *B0180ME2001399* |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

|   |   |
|---|---|
| 1 |   |
| 2 | */s/ Michael Cash* |
| 3 | Pamela A. Palmer<br>ppalmer@clarkhill.com |
| 4 | Renee S. Diaz<br>rdiaz@clarkhill.com |
| 5 | David James<br>djames@clarkhill.com |
| 6 | **CLARK HILL LLC** |
| 7 | 555 S. Flower Street, 24th Floor<br>Los Angeles, CA 90071 |
| 8 | Tel: 213.891.9100<br>Fax: 213.488.1178 |
| 9 |   |
| 10 | Michael Cash<br>mcash@liskow.com |
| 11 | Clare M. Bienvenu<br>cbienvenu@liskow.com |
| 12 | Benjamin S. Allums<br>ballums@liskow.com |
| 13 | Raymond T. Waid<br>rwaid@liskow.com |
| 14 | Jessie E. Shifalo<br>jshifalo@liskow.com |
| 15 | **LISKOW & LEWIS, APLC** |
| 16 |   |
| 17 | *Attorneys for Claimants DCOR, L.L.C. and CHANNEL ISLAND CAPITAL, L.L.C.* |

| | |
|---|---|
| 1 | /s/ Conte C. Cicala |
| 2 | CONTE C. CICALA (SBN 173554)<br>conte.cicala@clydeco.us |
| 3 | **CLYDE & CO US LLP**<br>150 California Street, 15th Floor |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 365-9800 |
| 5 | Facsimile: (415) 365-9801 |
| 6 | |
| 7 | *Counsel for Third-Party Defendant Marine Exchange of Los Angeles-Long Beach Harbor* |
| 8 | |
| 9 | /s/ Wylie A. Aitken<br>Wylie A. Aitken, Esq. (SBN 37770) |
| 10 | wylie@aitkenlaw.com<br>**AITKEN♦AITKEN♦COHN** |
| 11 | 3 MacArthur Place, Suite 800<br>Santa Ana, CA 92808 |
| 12 | Telephone: (714) 434-1424<br>Facsimile: (714) 434-3600 |
| 13 | |
| 14 | Stephen G. Larson (SBN 145225)<br>slarson@larsonllp.com |
| 15 | **LARSON LLP** |
| 16 | 555 Flower Street, Suite 4400<br>Los Angeles, CA 90071 |
| 17 | Telephone: (213) 436-4888<br>Facsimile: (213) 623-2000 |
| 18 | |
| 19 | Lexi J. Hazam (SBN 224457)<br>lhazam@lchb.com |
| 20 | **LIEFF CABRASER HEIMAN & BERNSTEIN, LLP** |
| 21 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 22 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-100 |
| 23 | |
| 24 | *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class* |
| 25 | |
| 26 | /s/ Christopher W. Keegan<br>Christopher W. Keegan (SBN 232045) |
| 27 | chris.keegan@kirkland.com<br>**KIRKLAND & ELLIS LLP** |
| 28 | 555 California St., Suite 2900 |

|     |                                                     |
| --- | --------------------------------------------------- |
| 1   | San Francisco, CA 94104                             |
| 2   | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 3   |                                                     |
| 4   | Mark Holscher (SBN 139582)<br>mark.holscher@kirkland.com |
| 5   | **KIRKLAND & ELLIS LLP**<br>555 South Flower St., Suite 3700 |
| 6   | Los Angeles, CA 90071<br>Telephone: (213) 680-8400  |
| 7   | Facsimile: (213) 680-8500                           |
| 8   | Daniel T. Donovan (admitted *pro hac vice*)         |
| 9   | ddonovan@kirkland.com                               |
| 10  | Matthew Owen (admitted *pro hac vice*)<br>matt.owen@kirkland.com |
| 11  | Holly Trogdon (admitted *pro hac vice*)<br>holly.trogdon@kirkland.com |
| 12  | McClain Thompson (admitted *pro hac vice*)          |
| 13  | mcclain.thompson@kirkland.com                       |
| 14  | Ross Powell (admitted *pro hac vice*)<br>ross.powell@kirkland.com |
| 15  | Meredith Pohl (admitted *pro hac vice*)             |
| 16  | Meredith.pohl@kirkland.com<br>**KIRKLAND & ELLIS LLP** |
| 17  | 1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| 18  |                                                     |
| 19  | *Counsel for Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company* |
| 20  |                                                     |
| 21  |                                                     |
| 22  |                                                     |
| 23  |                                                     |
| 24  |                                                     |
| 25  |                                                     |
| 26  |                                                     |
| 27  |                                                     |
| 28  |                                                     |

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: April 17, 2022                                    */s/ Omid Nasab*