UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of DORDELLAS FINANCE CORP., owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances,<br><br>and<br><br>CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and her engines, tackle, apparel, and appurtenances. | Case No. 2:22-cv-02153-DOC-JDE<br>Case No. 2:22-mc-00213-DOC<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. David O. Carter |

Pursuant to the Stipulated Dismissals And Request For Entry Of Final Judgment,

**JUDGMENT IS HEREBY ENTERED** on the demand for exoneration in favor of Capetanissa Maritime Corporation and the Motor Vessel BEIJING against all possible claimants, known and unknown; and

**JUDGMENT IS HEREBY ENTERED** on the demand for exoneration in favor of Dordellas Finance Corp., MSC Mediterranean Shipping Company S.A. and the Motor Vessel MSC DANIT against all possible claimants, known and unknown.

This Judgment is intended to constitute a final judgment pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Dated: __October 26, 2023__   _____
Honorable David O. Carter
United States District Court Judge

FINAL JUDGMENT