UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of DORDELLAS FINANCE CORP., owner, and MSC MEDITERRANEAN SHIPPING COMPANY S.A., Owner *pro hac vice*, of the Motor Vessel MSC DANIT, and its engines, tackle, apparel, and appurtenances,<br><br>and<br><br>CAPETANISSA MARITIME CORPORATION, Owner of the Motor Vessel BEIJING, and her engines, tackle, apparel, and appurtenances. | Case No. 2:22-cv-02153-DOC-JDE<br>Case No. 2:22-mc-00213-DOC<br><br>**STIPULATED DISMISSALS AND REQUEST FOR ENTRY OF FINAL JUDGMENT**<br><br>Judge: Hon. David O. Carter |

1    WHEREAS, on March 31, 2022, Dordellas Finance Corp., as owner, and
2 MSC Mediterranean Shipping Company S.A., as owner pro hac vice, of the Motor
3 Vessel MSC DANIT (collectively, the "Dordellas Parties"), initiated and filed a
4 complaint in the above-captioned action pursuant to the Limitation of Liability Act
5 of 1851, 46 U.S.C. §§ 30501 *et seq.* for exoneration from, or in the alternative,
6 limitation of liability for all losses, injuries, damages and deaths resulting from,
7 arising out of, or in connection with the October 1-2, 2021 oil spill off the coast of
8 California near Huntington Beach (the "Dordellas Limitation Action") (ECF No. 1);
9    WHEREAS, on May 20, 2022, Capetanissa Maritime Corporation, as owner
10 of the Motor Vessel BEIJING (collectively, the "BEIJING Parties," and together
11 with the Dordellas Parties, the "Limitation Plaintiffs"), initiated and filed a
12 complaint in Case No. 2:22-cv-03462 also pursuant to the Limitation of Liability
13 Act for exoneration from, or in the alternative, limitation of liability for all losses,
14 injuries, damages and deaths resulting from, arising out of, or in connection with the
15 October 1-2, 2021 oil spill off the coast of California near Huntington Beach
16 ("Capetanissa Limitation Action") (lodged in the above-captioned action at ECF No.
17 58 at Exhibit A);
18    WHEREAS, by order dated May 25, 2022, the Court consolidated the
19 Dordellas Limitation Action and the Capetanissa Limitation Action into the above-
20 captioned action (the "Limitation Action") (ECF No. 19);
21    WHEREAS, by order dated May 25, 2022, the Court issued notice and
22 monition to and against all persons and entities claiming losses, damages, injuries,
23 or death against the BEIJING or DANIT and admonishing them to appear and file
24 their respective claims and answers with the Clerk of the Court on or before
25 November 7, 2022 (ECF No. 20 at 2-3);
26    WHEREAS, pursuant to Court order, the Limitation Plaintiffs caused the
27 publication of the notice of monition in the Los Angeles Times and Orange County
28 Register, which are newspapers of general circulation in Orange County and Los

Angeles County, for five consecutive weeks on June 7, 14, 21, 28 and July 5, 2022, such notice stating: "Any claimant desiring to contest the right of Plaintiff to exoneration from, or limitation of, liability must also file an answer to the Plaintiff's Complaint on file herein, unless his or her claim has contained an answer, and serve a copy of the same on Plaintiffs' counsel on or before the date set forth above, as required by the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims" (ECF Nos. 59, 68);

WHEREAS, on September 7, 2022, the Court ordered that supplemental notice of the Limitation Action be given, including through social media (ECF No. 113), and subsequent orders by the Special Master Panel clarified that such supplemental notice be given also by publication in newspapers of general circulation and by direct notice (*see* ECF No. 132);

WHEREAS, on October 9, 2022, the monition period was extended from November 7, 2022, to December 7, 2022 (*see* ECF No. 132);

WHEREAS, the Limitation Plaintiffs caused the publication of the supplemental notice of monition in the Los Angeles Times and Orange County Register for four consecutive weeks on October 18, October 25, November 2 and November 9, 2022, such notice advising potential claimants that claims must be filed in the Limitation Action by December 7, 2022;

WHEREAS, commencing October 21, 2022, the Limitation Plaintiffs caused supplemental notice in substantially similar form as the publication notice to be mailed to approximately 14,000 potential claimants (*see* ECF No. 150 at Exhibit C ¶¶2-4);

WHEREAS, for the period October 19, 2022 through November 15, 2022, the Limitation Plaintiffs caused the supplemental notice to be publicized through a social media campaign on Twitter, Facebook and Instagram (*see* ECF No. 150 at Exhibit C ¶¶6-9);

WHEREAS, pursuant to Supplemental Rule F(5), "[i]f a claimant desires to

contest either the right to exoneration from or the right to limitation of liability the claimant shall file and serve an answer to the complaint unless the claim has included an answer";

WHEREAS, the only parties to file both claims and answers contesting exoneration and/or limitation in the Limitation Action on or before the termination of the extended monition period on December 7, 2022 were the following:

- On June 7, 2022, the named plaintiffs and proposed class representatives in the related *Gutierrez* Action, Case No. No. 8:21- cv-01628 (collectively, "Class Plaintiffs") purported to file a class claim and answer (ECF No. 29), and on December 7, 2022, purported to amend and/or refile their class claim (ECF No. 171) and answer (ECF Nos. 166-167);
- On August 9, 2022, Markel International Insurance Company, Ltd., Ascot Underwriting, Inc., and Certain Insurers At Lloyd's of London And London Markets Subscribing To Policy No. B0180ME2001399 (collectively, the "Subrogated Insurers") filed claims and answers (ECF Nos. 69-70);
- On August 10, 2022, Amplify Energy Corp., Beta Operating Company, LLC, and San Pedro Bay Pipeline Company (collectively, "Amplify") filed a claim and answer (ECF No. 80), and on December 7, 2022, amended and/or refiled their claim (ECF No. 168) and answer (ECF Nos. 169-170);
- On November 7, 2022, Marine Exchange of Los Angeles-Long Beach Harbor dba Marine Exchange of Southern California ("Marine Exchange") filed a claim and answer (ECF No. 139);
- On December 7, 2022, Cosco Shipping Lines Co., Ltd. ("COSCO") filed claims and answers (ECF Nos. 160-161);
- On December 7, 2022, DCOR, L.L.C. and Channel Islands Capital, L.L.C. (collectively, the "DCOR Parties") filed claims and answers (ECF Nos. 162-164); and
- On December 7, 2022, the Dordellas Parties and BEIJING Parties filed a

| | |
|---|---|
| 1 | claim and answer as to one another (ECF Nos. 176-177); |
| 2 | WHEREAS, trial in the Limitation Action to adjudicate exoneration and |
| 3 | limitation was scheduled to commence on April 24, 2023 (*see* ECF No. 235) and the |
| 4 | only parties to participate in pretrial proceedings required by the Court (*see* ECF No. |
| 5 | 239 (scheduling order)) were those that filed both claims and answers; |
| 6 | WHEREAS, prior to trial, the Limitation Plaintiffs reached settlements with |
| 7 | each of the Class Plaintiffs, Amplify, Subrogated Insurers, and DCOR Parties, and |
| 8 | in light of such settlements, Marine Exchange, COSCO and the Limitation Plaintiffs |
| 9 | agreed to withdraw or dismiss their claims once the settlements were finalized (*see* |
| 10 | ECF No. 384; *see also* ECF No. 386 at 2 ("settlements have been reached with all |
| 11 | claimants that would potentially participate in the April 24 Limitation Action |
| 12 | trial")); |
| 13 | WHEREAS, each of the parties to have contested exoneration or limitation in |
| 14 | the Limitation Action other than the Limitation Plaintiffs has since withdrawn or |
| 15 | dismissed their claims, including through ECF Nos. 287 (Withdrawal of Claim by |
| 16 | Amplify), 394 (Stipulated Dismissal by the DCOR Parties), 396 (Order of Dismissal |
| 17 | re the DCOR Parties), 397 (Stipulated Dismissal by the Subrogated Insurers), 405 |
| 18 | (Stipulated Dismissal by Marine Exchange), and 406 (Stipulated Dismissal by |
| 19 | COSCO); |
| 20 | WHEREAS, on September 14, 2023, the Court granted final approval of the |
| 21 | class settlement with the Limitation Plaintiffs and affiliated entities, therein entering |
| 22 | judgment as to the plaintiffs' and settlement classes' class and individual claims as |
| 23 | to all claims against the Limitation Plaintiffs and affiliated entities, including in the |
| 24 | Limitation Action (Case No. 8:21-cv-01628, ECF No. 794); |
| 25 | WHEREAS, by and through this Stipulated Request, and pursuant to Federal |
| 26 | Rule of Civil Procedure 41(a)(1)(ii), each of the Limitation Plaintiffs hereby |
| 27 | dismisses with prejudice their claims filed in the Limitation Action with respect to |
| 28 | one another; |

WHEREAS, the Limitation Plaintiffs therefore have now resolved the claims of all claimants who contested Limitation Plaintiffs' right to exoneration or limitation of liability by answering Limitation Plaintiffs' Complaints in the Limitation Action (*see* Federal Rules of Civil Procedure, Suppl. R. F(5));

**NOW, THEREFORE,** the Court finds that the Limitation Plaintiffs provided due notice of the pendency of this proceeding in compliance with Supplemental Rule F, and in the absence of any remaining claimants to have contested exoneration and/or limitation pursuant to Supplemental Rule F(5);

**THE CLERK IS ORDERED TO ENTER JUDGMENT IN THE FORM ATTACHED HERETO** in favor of Dordellas Finance Corp., MSC Mediterranean Shipping Company S.A. and the Motor Vessel MSC DANIT against all possible claimants, known and unknown, **AND** in favor of Capetanissa Maritime Corporation and the Motor Vessel BEIJING against all possible claimants, known and unknown;

**IT IS FURTHER ORDERED THAT** such judgment is intended to constitute a final judgment in this Limitation Action pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Dated: __October 26, 2023__

_/s/ David O. Carter_
Honorable David O. Carter
United States District Court Judge