THOMAS M. FEDELI, SBN 314647
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111
TEL: 415.365.9800
EM: thomas.fedeli@clydeco.us

Attorneys for Marine Exchange of Los Angeles-Long Beach Harbor dba Marine Exchange of Southern California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Complaint of DORDELLAS FINANCE CORP., Owner and MSC Mediterranean Shipping Company, SA, Owner, et al.

Plaintiff(s)

v.

Defendant(s)

CASE NUMBER:
2:22-cv-02153-DOC-JDE

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

Marine Exchange of Los Angeles-Long Beach Harbor dba Marine Exchange of Southern California

☐ Plaintiff ☐ Defendant ☒ Other  Intervenor Defendant

*Name of Party*

to substitute Conte C. Cicala who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Withers Bergman LLP, 909 Montgomery Street, Suite 300

*Street Address*

San Francisco, CA 94133                    conte.cicala@withersworldwide.com

*City, State, Zip*                              *E-Mail Address*

415.872.3200             415.549.2480             173554

*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of Thomas F. Fedeli, Clyde & Co US LLP

List **all** attorneys from same firm or agency who are withdrawing.

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   November 22, 2023

*[signature: David O. Carter]*

U. S. District Judge/U.S. Magistrate Judge